IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 09-4042-01-CR-C-SOW |
| ) | |
| JACK RUPPEL, ) | |
| ) | |
| Defendant. ) | |

ORDER

Before the Court is a Report and Recommendation Concerning Plea of Guilty (Doc. #10) prepared by Magistrate Judge William A. Knox. Defendant Jack Ruppel appeared before Magistrate Judge Knox on September 9, 2009, and entered a plea of guilty to Count 1 of the indictment filed on September 4, 2009.

Magistrate Knox determined that the guilty plea was knowledgeable and voluntary and that there is a factual basis for each of the essential elements of the offense.

Accordingly, it is hereby

ORDERED that defendant Jack Ruppel's plea of guilty is accepted. Defendant is adjudged guilty. It is further

ORDERED that a pre-sentence investigation report be prepared on defendant Jack Ruppel.


      /s/ Scott O, Wright
SCOTT O. WRIGHT
Senior United States District Judge

DATED: 11/20/2009